IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| OWAIIAN M. JONES, | ) | |
| Plaintiff, | ) | Civil Action No. 7:14cv00501 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| VALLEY BANK, *et al.*, | ) | By: Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED** as frivolous pursuant to 28 U.S.C. §1915A(b)(1), Jones' motion for an order to show cause (Docket No. 5) is **DENIED as moot**, and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

                                                Entered: October 2, 2014

                                                */s/ Michael F. Urbanski*

                                                Michael F. Urbanski
                                                United States District Judge